UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAYMOND HERBST, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV851 CDP |
| ) | |
| W.L. GORE & ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

As agreed to by the parties and discussed in the Rule 16 Conference held today,

**IT IS HEREBY ORDERED** that plaintiffs shall provide defendant with copies of all settlement agreements between plaintiffs and others involved in the incident at issue in this action, including the settlement agreement with Dr. Russell Kraeger and his corporation, within thirty (30) days of the date of this order. These settlement agreements will be considered 'Attorney's Eyes Only' pending the later entry of a protective order in this case.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2007.